IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-247-RJC-DCK

| | |
|---|---|
| DEANNE M. HALL HAGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILSON AIR CENTER, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Benjamin P. Fryer, concerning Frank L. Day, on July 5, 2022. Frank L. Day seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Frank L. Day is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 5, 2022

David C. Keesler
United States Magistrate Judge