FILED: February 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1010
(3:22-cv-00247-RJC-DCK)

———————————

DEANNE M. HALL HAGGINS

        Plaintiff - Appellant

v.

WILSON AIR CENTER, LLC

        Defendant - Appellee

———————————

M A N D A T E

———————————

The judgment of this court, entered January 14, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*